JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH A. THOMAS,<br><br>   Plantiff,<br><br>  v.<br><br>U.S. DEP'T OF VETERANS AFFAIRS,<br><br>   Defendant. | No. 2:23-cv-10204-MEMF-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint and First Amended Complaint in this matter are dismissed and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: August 26, 2025

            HON. MAAME EWUSI-MENSAH FRIMPONG
            UNITED STATES DISTRICT JUDGE